Electronically Filed
Supreme Court
SCPW-17-0000097
17-MAR-2017
01:00 PM

SCPW-17-0000097

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

MITI MAUGAOTEGA, JR., Petitioner,

vs.

STATE OF HAWAI‘I; DEPARTMENT OF PUBLIC SAFETY; NOLAN ESPINDA, Director of the Department of Public Safety; HOWARD KOMORI, Contract Monitor; CORECIVIC, a Maryland corporation; and WARDEN G. TODD THOMAS of the SAGUARO CORRECTIONAL CENTER, Respondents.

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Miti Maugaotega, Jr.'s "Complaint for Writ of Habeas Corpus," filed on February 24, 2017, which we review as a petition for writ of habeas corpus, the documents attached thereto and submitted in support thereof, and the record, it appears that, based on the specific facts and circumstances presented in the petition, petitioner may seek relief in his criminal case in the Pinal County Superior Court in Arizona and presents no sufficient reason for this court to invoke its jurisdiction at this time. Accordingly,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is denied.

DATED: Honolulu, Hawai‘i, March 17, 2017

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

